RECEIVED
Mail Room
JAN 15 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

U.S. DISTRICT COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIE BEBERMAN, | ) |
| Plaintiff, | ) CIVIL NO. 1:19-cv-03115 (TJK) |
| v. | ) PETITION FOR TEMPORARY RESTRAINING ORDER, INJUNCTION, DECLARATORY JUDGMENT, and BACKPAY |
| U.S. DEPARTMENT OF STATE and SECRETARY OF STATE MIKE POMPEO, IN HIS OFFICIAL CAPACITY, | ) |
| Defendants. | ) |

## MOTION TO DEEM FACTS ADMITTED

COMES NOW Plaintiff Julie Beberman, pro se, and respectfully requests that the Court deem the facts presented in Plaintiff's Statement of Undisputed Material Facts admitted. Beberman moved for Summary Judgment on November 4, 2019. ECF No. 14. Defendants have not opposed such motion or requested an extension of time to respond. According to LCvR 7(b), Defendants' response was due by November 18, 2019. Beberman brought to the Court's and Defendants' attention the pendency of her summary judgment motion in her Motion for Default Judgment filed December 27, 2019. ECF No. 20.

When the facts asserted and properly supported in a statement of material facts are unopposed and unrefuted, pursuant to Federal Rules of Civil Procedure 56(e), the district court may treat them as conceded. *Winston & Strawn, LLP v. McLean*, 843 F.3d 503, 507 (D.C. Cir. 2016)(Rule 56 "allows the District Court to 'consider [a] fact undisputed' if it has not been properly supported or addressed as required by Rule 56(c)." (quoting Fed. R. Civ. P. 56(e)(2)). District courts in this Circuit follow *Winston & Strawn, LLP*, in finding undisputed facts admitted. *E.g. McManus v. Nielsen*, 2019 U.S. Dist. LEXIS 48341, *1-3 (Mar. 22, 2019). The court's local rules also permit the Court to assume the uncontroverted facts to be admitted.

LCvR 7(h)(1)("In determining a motion for summary judgment, the Court may assume that facts identified by the moving party in its statement of material facts are admitted, unless such a fact is controverted in the statement of genuine issues filed in opposition to the motion.").

Because Defendant has failed to respond to Beberman's Motion for Summary Judgment and has not controverted Plaintiff's Statement of Undisputed Material Facts, Beberman respectfully requests that the Court **GRANT** her motion and deem the properly supported uncontroverted facts of Plaintiff's Statement of Undisputed Material Facts admitted. Beberman also respectfully request that the Court rule on her unopposed Motion for Summary Judgment. *See Kavanau Real Estate Trust v. Debnam*, 299 N.C. 510, 513 (N.C. 1980)(affirming grant of plaintiff's unopposed summary judgment motion before defendants filed its answer).

Dated: January 14, 2020

Respectfully submitted,

/s/ *Julie Beberman*
Julie A. Beberman, Esq., pro se
2154 Hospital Street
Christiansted, VI 00820
(340) 277-1613
OilGenie@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January 2020, the foregoing Motion to Deem Facts Admitted was served on Defendants via electronic mail and U.S. mail to:

        Scott Leeson Sroka
        U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
        555 Fourth Street, NW
        Washington, DC 20530
        (202) 252-7113
        Fax: (202) 252-2599
        Email: scott.sroka@usdoj.gov

Dated: January 14, 2020

/S/ Julie Beberman
Julie A. Beberman, Esq., pro se
2154 Hospital Street
Christiansted, VI 00820
(340) 277-1613
OilGenie@yahoo.com

3